**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-7762**

_____

KEVIN ELWOOD BULLOCK,

               Petitioner - Appellant,

     v.

A. MENDOZA, Acting Warden; FCI WILLIAMSBURG,

               Respondents - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Senior District Judge.  (0:21-cv-03205-JFA)

_____

Submitted:  September 27, 2022               Decided:  October 17, 2022

_____

Before NIEMEYER and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Kevin Elwood Bullock, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Elwood Bullock, a federal prisoner, appeals the district court's order and judgment accepting the recommendation of the magistrate judge and denying relief on Bullock's 28 U.S.C. § 2241 petition in which Bullock challenged his revocation sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Bullock v. Mendoza*, No. 0:21-cv-03205-JFA (D.S.C. Dec. 9, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*